**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00449-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS S. HERULA,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendant's **Motion To Withdraw Motion For Relief From Judgment Pursuant To Rule 60(B)(6) of The Rules of Civil Procedure** [#44][2] filed August 9, 2012. The motion is **GRANTED**, and defendant's **Motion For Relief From Judgment Pursuant To Rule 60(B)(6) of The Rules of Civil Procedure** [#41] is **WITHDRAWN**.

    Dated: August 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.